John W. Hanna, Respondent, v. John C. Thompson, Appellant.— Appeal dismissed on argument, without costs. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Harry P. Hertz, Respondent, v. Manhattan Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

Frances T. Ingraham and Others, Respondents, v. International Salt Company and Nathan S. Beardslee and Frank P. McDermott, as Receivers of the National Salt Company, Appellants.— Order affirmed by default, with ten dollars costs and disbursements. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of Proving a Paper Writing Purporting to be the Last Will and Testament of Rosetta Brady, Deceased. Albert A. Lings, Appellant; Viola E. Hess, Respondent.— Decree of the Surrogate's Court of Westchester county affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ., concurred.

In the Matter of the Judicial Settlement of the Account of Patrick Driscoll, as Administrator, etc., of Honora O'Brien, Deceased, Respondent. Catherine Driscoll and Others, Appellants.— Order of the Surrogate's Court of Queens county reversed, without costs, on the ground that the decree should contain separate findings of fact and conclusions of law, as required by section 2545 of the Code of Civil Procedure, and matter remitted to the surrogate for further determination. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Morris Jacobs, Respondent, v. Max Silver and Annie Silver, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Morris Jacobs, Appellant, v. Max Silver and Annie Silver, Respondents.— Appeal dismissed, without costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Anna L. Johnson, Respondent, v. The Board of Education of the City of New York, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Howard S. Jones, Respondent, v. Burton F. Stines, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor and Rich, JJ., concurred.

James E. Kinlen, Appellant, v. Carman R. Runyon, Respondent, Impleaded with William E. Belknap and Others, Defendants.— Order reversed on argument, with ten dollars costs and disbursements. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Jacob C. Krauss, Appellant, v. Isabella McCauley, Respondent.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor and Rich, JJ.

John A. Krebs, Appellant, v. The City of New York, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.